IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRIAN H. NEELY, ET AL.,                                                                                       PLAINTIFFS

VS.                                                             NO. 4:04CV106-M-B

REGIONS BANK, INC. a/k/a REGIONS
MORTGAGE, INC., ET AL.,                                             DEFENDANTS

## O R D E R

**BEFORE THE COURT** are plaintiffs' motions to quash subpoenas served upon non-parties Renasant Bank and AmSouth Bank and defendant Regions Bank's response thereto. Plaintiffs contend the subpoenas served by defendant seek documents not relevant to the time period applicable to this case and request an order quashing said subpoenas or limiting the scope of the subpoenas to records created between October 1, 2002 and July 7, 2003, and prohibiting the production of escrow account information.

Defendant responds that the subpoenaed records have already been produced and contain only information relevant to the issues in this case. Defendant specifically denies that it received any of plaintiffs' checking, savings or escrow account information.

Having considered the foregoing and thoroughly reviewed the submissions of the parties, the Court finds plaintiffs' requests for orders quashing subpoenas or for protective orders are moot, and the same are hereby denied.

                **SO ORDERED** this, the 2nd day of June, 2005.

                                                                 **/s/ Eugene M. Bogen**
                                                                  **U. S. MAGISTRATE JUDGE**