IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRIAN H. NEELY and KAREN NEELY                                          PLAINTIFFS

V.                                                                      CASE NO. 4:04CV106

REGIONS BANK, INC., a/k/a REGIONS
MORTGAGE, INC., PIERCE LEDYARD,
TONDA BURT, HELEN F-J JOYCE,
JANE DOE paralegal for PIERCE LEDYARD,
and JOHN DOE, attorney                                                  DEFENDANTS

**ORDER**

Pursuant to the memorandum opinion issued this day, it is hereby ORDERED that:

1. that the Motion for Contempt and To Dismiss [24-1] is GRANTED;

2. that this case is DISMISSED with prejudice as frivolous sua sponte;

3. that the Second Motion to Dismiss [37-1] is GRANTED;

4. that the Motion for Summary Judgment [57-1] is GRANTED;

5. that the Motion to Strike [68-1] is GRANTED; and

6. that the defendant shall have ten (10) days from the entry of this order in which to file its motion for attorney's fees, and that the plaintiff shall have five (5) days thereafter in which to respond.

This is the 24th day of March, 2006.

                                                   /s/ Michael P. Mills
                                                   UNITED STATES DISTRICT JUDGE